IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SHERMAN/GRAYSON HOSPITAL, LLC,<br>a Delaware limited liability company,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10810 (JKS)<br><br>Re Doc. No. 811 |

### ORDER APPROVING STIPULATION BETWEEN THE UNITED STATES OF AMERICA AND THE DEBTOR PROVIDING RELIEF FROM THE AUTOMATIC STAY TO AMEND COMPLAINT IN DISTRICT COURT CASE

UPON CONSIDERATION of the Stipulation Between the United States of America and the Debtor Providing Relief from the Automatic Stay to Amend Complaint in District Court Case (the "Stipulation")[2] stipulated and agreed to by the United States of America ("United States"), on behalf of the United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, and the debtor Sherman/Grayson Hospital, LLC (the "Debtor"), and good cause having been shown, it is hereby

ORDERED that the Stipulation, attached here as Exhibit A, is approved; and it is further

ORDERED that the automatic stay is lifted to allow the United States, if it deems appropriate and in its sole discretion, to amend its complaint for the purpose of dismissing the Debtor as a defendant in the District Court Case; and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are 5690. The Debtor's address is 500 North Highland Avenue, Sherman, Texas 75092.

[2] Any defined terms not defined herein shall have the meaning given to them in the Stipulation Between the United States of America and the Debtor Providing Relief from the Automatic Stay to Amend Complaint in District Court Case.

1

ORDERED that any dismissal of the Debtor from the District Court Case shall not be a basis for disallowance, subordination, or expungement of the POC, nor prejudice or otherwise affect or impair the United States' rights or remedies in the Bankruptcy Case; and it is further

ORDERED that nothing in this Order limits or impairs the United States' right to seek further or other relief as it deems necessary; and it is further

ORDERED that nothing in this Order limits or impairs Debtor's right to object or contest such further or other relief; and it is further

ORDERED that the stay pursuant to Fed. R. Bankr. P. 4001(a)(4) is waived, and this order is immediately effective.

Dated: December 18th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE