# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SHERMAN/GRAYSON HOSPITAL, LLC,<br>a Delaware limited liability company,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10810 (JKS) |

**STIPULATION BETWEEN THE UNITED STATES OF AMERICA
AND THE DEBTOR PROVIDING RELIEF FROM THE AUTOMATIC STAY TO
AMEND COMPLAINT IN DISTRICT COURT CASE**

The United States of America ("United States"), on behalf of the United States Department of Health and Human Services, Centers for Medicare & Medicaid Services ("CMS"), and debtor Sherman/Grayson Hospital, LLC (the "Debtor") hereby stipulate and agree to the following:

FACTUAL RECITALS

WHEREAS, on March 9, 2023, the United States filed a complaint against several defendants, including the Debtor, styled *United States v. Olympia Health Care, LLC, et al.*, Case No. 2:23-cv-01783-ODW-PVC (C.D. Cal.) (the "District Court Case").

WHEREAS, on June 23, 2023 (the "Petition Date"), the Debtor filed a petition under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Case").

WHEREAS, on December 19, 2023, CMS filed timely proof of claim, ECN-82 (the "POC"), against the Debtor in the Debtor's Bankruptcy Case.

WHEREAS, on August 9, 2023, the District Court stayed the District Court Case pending, among other reasons, the resolution of the Bankruptcy Case.

---

[1] The last four digits of the Debtor's federal tax identification number are 5690. The Debtor's address is 500 North Highland Avenue, Sherman, Texas 75092.

WHEREAS, the United States may seek to amend the complaint in the District Court Case, if it deems appropriate and in its sole discretion, to dismiss the Debtor as a defendant in the District Court Case.

## STIPULATION

Accordingly, the United States and the Debtor agree to the following:

1. The Debtor agrees that the automatic stay may be lifted to allow the United States, if it deems appropriate and in its sole discretion, to amend its complaint for the purpose of dismissing the Debtor as a defendant in the District Court Case.

2. Any dismissal of the Debtor from the District Court Case shall not be a basis for disallowance, subordination, or expungement of the POC, nor prejudice or otherwise affect or impair the United States' rights or remedies in the Bankruptcy Case.

3. Nothing in this Stipulation shall affect the United States' ability to seek further or other relief in the Bankruptcy Court or limit the Debtor's ability to object to any further or other relief sought by the United States.

4. The stay pursuant to Fed. R. Bankr. P. 4001(a)(4) may be waived, and the order approving this stipulation may become immediately effective.

3

SEEN AND AGREED

| | |
|---|---|
| SHULMAN BASTIAN FRIEDMAN & BUI LLP | U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| /s/ Max Casal<br>Max Casal<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>(T) 949-340-3400<br>mcasal@shulmanbastian.com | /s/ Leah V. Lerman<br>Kirk T. Manhardt<br>Marcus S. Sacks<br>Mary A. Schmergel<br>Leah V. Lerman<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(T) 202-307-0452<br>leah.v.lerman@usdoj.gov |