## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SHERMAN/GRAYSON HOSPITAL, LLC,<br>a Delaware limited liability company,[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 23-10810 (JKS)<br><br>**Re: D.I. 390 & 850** |

### ORDER APPROVING THE REVISED
### ADMINISTRATIVE CLAIMS BAR DATE NOTICE

This Court, having considered the Certification of Counsel[2] [D.I. 850] regarding the revised administrative claims bar date notice attached hereto as **Exhibit 1** (the "Revised Administrative Claims Bar Date Notice"); and having determined that good and adequate cause exists for approval of the Revised Administrative Claims Bar Date Notice,

**IT IS HEREBY ORDERED THAT:**

1.      The Revised Administrative Claims Bar Date Notice is hereby **APPROVED**.

2.      In accordance with the terms of the Administrative Claims Bar Date Order, the Debtor shall be authorized to serve the Revised Administrative Claims Bar Date Notice upon the filing of a certification advising all parties in-interest that: (1) AHS-Sherman has obtained all necessary licenses and regulatory approvals; (2) the sublease of WNJ and its assets has terminated; and (3) any possessory interests held by the Debtor in WNJ and its assets have terminated.

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: May 4th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The last four digits of the Debtor's federal tax identification number are 5690. The Debtor's address is 500 N. Highland Avenue, Sherman, Texas 75092

[2] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Certification of Counsel.

1