**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*<br><br>SHERMAN/GRAYSON HOSPITAL, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10810 (JKS)<br><br>**Re:  D.I. 849, 874** |

## ORDER DISMISSING CASE

Upon consideration of the motion of Andrew R. Vara, United States Trustee for Regions 3 & 9 ("U.S. Trustee"), to convert the above-captioned case to a case under chapter 7 (the "Motion") [D.I. 849] and his supplement to the Motion seeking dismissal of the case [D.I. 874]; and the Court finding that due and sufficient notice of the Motion was given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation, for the reason(s) stated on the record at the July 15, 2026 hearing, the Court finds that dismissal of the above-captioned chapter 11 case is warranted under 11 U.S.C. § 1112(b)(1, 4(A)).  Based on the foregoing, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1.      The Motion is GRANTED insofar as it requests dismissal of the above-captioned case, and the case is hereby dismissed.

2.      The Debtor shall, within thirty (30) days from the date of this Order, file and transmit to the U.S. Trustee any outstanding monthly operating reports for post-petition

---

[1] The last four digits of the Debtor's federal tax identification number are 5690. The Debtor's address is 500 N. Highland Avenue, Sherman, Texas 75092.

months (or parts thereof) through the date of this Order and pay any outstanding fees under 28 U.S.C. § 1930(a)(6).

3.      The retention of the Debtor's claims agent is terminated, effective immediately, without the need for further action on the part of this Court or the Debtor. In accordance with Local Rule 2002- 1(e)(ix), within fourteen (14) days of the entry of this Order, the Debtor's claims agent shall (a) forward to the Clerk an electronic version of all proofs of claim, (b) upload the creditor matrix into CM/ECF and (c) docket in case a claims register containing all claims.

4.      Notwithstanding anything in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules to the contrary, including, without limitation, section 349 of the Bankruptcy Code, all prior orders, releases, stipulations, settlements, rulings, and judgments of this Court made during the course of the case shall remain in full force and effect, shall be unaffected by the dismissal of the case, and are specifically preserved for purposes of finality of judgment and res judicata, except that, notwithstanding paragraph 3 of the *Order Approving Second Stipulation Regarding Payment of Administrative Expenses*, found at docket entry 490, the dismissal of the case shall be effective immediately.

5.      The Court retains jurisdiction over all matters arising from or relating to the interpretation and enforcement of this Order.

**Dated: July 24th, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE